■ SIMANTOV S. CAPON et al., Appellants, v. FLAIR ORGANIZATION, INC., et al., Respondents, and WALDMAR W. BECKMEIER et al., Defendants. — In an action for a declaration of the nullity of a certain easement agreement, for injunctive relief and for money damages, plaintiffs appeal from a judgment of the Supreme Court, Suffolk County, dated November 15, 1972, which dismissed certain of the causes of action at the close of plaintiffs' case in a nonjury trial and dismissed the remaining causes of action at the close of the entire case. Judgment modified, on the law, by adding thereto a provision declaring that the easement agreement is valid. As so modified, judgment affirmed, with one bill of costs to respondents appearing separately and filing separate briefs, jointly. As the complaint, in part, sought a declaratory judgment, a declaration should have been made with respect to the rights of the parties (see *Lanza* v. *Wagner*, 11 N Y 2d 317, 324; *Einbinder* v. *Ancowitz*, 38 A D 2d 721). Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■ DOROTHY CROOKS, Appellant, v. LEONARD CROOKS, Respondent. — In an action in which a judgment of the Supreme Court, Westchester County, was made on February 9, 1973, granting plaintiff a separation, after a nonjury trial, plaintiff appeals, as limited by her brief, from so much of the judgment as limited awards to her therein of alimony, child support and counsel fees. Judgment modified, on the facts and in the exercise of discretion, by increasing, in the seventh decretal paragraph thereof, the award of counsel fees from $2,500 to $5,000, accordingly increasing the total of the awards of counsel fees and disbursements to $5,267 and increasing the two installments thereof as follows: increasing the amount of $1,500 to $2,500 and the amount of $1,267 to $2,767. As so modified, judgment affirmed insofar as appealed from, with costs, to appellant. Under all the circumstances herein the award for counsel fees was inadequate to the extent indicated herein. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.